**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**MICHAEL ANTHONY LORUSSO,**

      **Plaintiff,**

**v.**                                                                   **Case No. 4:26-cv-6-AW-MJF**

**FLORIDA DEPARTMENT OF
CHILDREN AND FAMILY SERVICES,
et al.,**

      **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having considered the magistrate judge's report and recommendation (ECF No. 10), to which there has been no timely objection, I now adopt the report and recommendation and incorporate it into this order. This case is subject to dismissal for two independent reasons, as the magistrate judge explains: (1) Plaintiff has not paid the filing fee, and he is a three-striker who has not alleged he faces imminent danger of physical injury. And (2) Plaintiff has failed to comply with a court order.

Plaintiff's motion for leave to proceed *in forma pauperis* (ECF No. 8) is DENIED. The clerk will enter a judgment that says, "Plaintiff's claims are dismissed without prejudice." The clerk will close the file.

SO ORDERED on May 18, 2026.

s/ *Allen Winsor*_____
Chief United States District Judge